**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

| | | | |
|---|---|---|---|
| In Re: | VENUS L. BLACK | | Case Number: 05-71916 |
| | 1518 CHESTNUT STREET | SSN-xxx-xx-3406 | |
| | ROCKFORD, IL  61102 | | |

Case filed on: 4/19/2005
Plan Confirmed on: 6/24/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $7,362.52          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 214 | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | VENUS L. BLACK | 0.00 | 0.00 | 46.16 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 46.16 | 0.00 |
| 001 | FIVE & DRIVE AUTO SALES INC | 6,000.00 | 6,000.00 | 5,502.54 | 0.00 |
| | Total Secured | 6,000.00 | 6,000.00 | 5,502.54 | 0.00 |
| 001 | FIVE & DRIVE AUTO SALES INC | 4,255.00 | 0.00 | 0.00 | 0.00 |
| 002 | SECURITY FINANCE | 187.14 | 0.00 | 0.00 | 0.00 |
| 003 | BRUCK LAW OFFICES SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CASH BOX | 2,409.80 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 905.81 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS DISCOUNT & AUDIT CO | 577.18 | 0.00 | 0.00 | 0.00 |
| 007 | DEBT RECOVERY SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FINANCING ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ADVANCE CASH EXPRESS | 145.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 1,365.89 | 0.00 | 0.00 | 0.00 |
| 013 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | US DEPARTMENT OF EDUCATION | 3,820.05 | 0.00 | 0.00 | 0.00 |
| 015 | WEXLER & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | YMCA OF ROCK RIVER VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 13,665.87 | 0.00 | 0.00 | 0.00 |
| | Grand Total: | 21,029.87 | 7,364.00 | 6,912.70 | 0.00 |

Total Paid Claimant:     $6,912.70
Trustee Allowance:       $449.82
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan